In the Matter of THE CITY OF NEW YORK, Appellant, against MILO R. MALTBIE et al., Constituting the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, et al., Respondents.

Argued March 1, 1937; decided April 27, 1937.

*Paul Windels, Corporation Counsel (Herman Horowitz* and *Joseph L. Weiner* of counsel), for appellant.

*Jackson A. Dykman* and *Jules Haberman* for Jamaica Water Supply Company, respondent.

*George E. McVay, Raymond J. McVeigh* and *Gay H. Brown* for Public Service Commission, respondent.

Order affirmed, with costs, on the authority of *City of New York* v. *Maltbie* (274 N. Y. 90).    No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.